FILED

08/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0320

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0320

BUCK KRATZER d/b/a KRATZER
CONSTRUCTION,

Plaintiffs and Appellees,

-vs-

HARDY CONSTRUCTION CO., INC.,

Defendant and Appellant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE
APPELLANT'S OPENING BRIEF**

---

Pursuant to Mont.R.App.P. 26(2), Appellants have moved this Court for a 14-day extension of time. Having reviewed the motion,

**IT IS HEREBY ORDERED** that the Court determines that Appellants have shown that diligence and substantial need warrant the requested extension and **GRANTS** Appellant's motion. Appellants are granted a 14-day extension of time up to and including September 9, 2024, to file their opening brief.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 22 2024